UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JACK WILLIAMS,

        Plaintiff,        Case No. 2:16-cv-8

v.

                Honorable Paul L. Maloney

JEFF WOODS, et al.,

        Defendants.
_____/

**JUDGMENT**

        In accordance with the Order issued this date:

        IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice for lack of prosecution.

Dated:  September 16, 2016       /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge